# EXHIBIT A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE TIFFANY, INC., a California corporation,<br>　　　　Plaintiff,<br>　　vs.<br>MEYDA STAINED GLASS, LLC, a New York limited liability company doing business as MEYDA LIGHTING; and DOES 1 through 50, inclusive<br>　　　　Defendants. | CASE NO. 2:17-CV-00536 |

# DECLARATION OF ROBERT COHEN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

I, Robert Cohen, pursuant to 28 U.S.C. § 1746, declare as follows:

1.　I am the President of 55 Oriskany Boulevard, Inc. d/b/a Meyda Lighting ("55 Oriskany"). I have personal knowledge of the facts stated herein, and if called upon to testify to those facts I could and would competently do so.

2.　I make this Declaration in support of Defendant Meyda Stained Glass, LLC ("Defendant Meyda")'s motion to dismiss for lack of personal jurisdiction pursuant to FRCP 12(b)(2) and insufficient service of process under FRCP 12(b)(4) and (5).

3.　Defendant Meyda is a New York limited liability company. Defendant Meyda is a dormant company which, while still registered as active with the New York Secretary of State, conducts no business and has never sold, manufactured, or designed any lighting products. Defendant Meyda does not and has never conducted business under the name "Meyda Lighting."

4. 55 Oriskany is a Delaware corporation duly authorized to conduct business in the State of New York. A copy of the Certificate of Incorporation is attached hereto as **Exhibit A**.

5. 55 Oriskany conducts business under the assumed name of Meyda Lighting. Pursuant to New York Business Corporation Law, 55 Oriskany filed a "Doing Business As" certificate with the New York Secretary of State. A copy of said certificate is attached hereto as **Exhibit "B"**.

6. 55 Oriskany manufactures and sells lighting and lighting products in its Yorkville, New York headquarters. While the majority of its products are manufactured at the Yorkville facility, there are other locations throughout the world the products are manufactured. However, no products are manufactured in the State of California.

7. Neither Defendant Meyda nor 55 Oriskany have a physical presence in the State of California. Neither Defendant Meyda nor 55 Oriskany have any employees who reside or do business in the State of California.

8. Neither Defendant Meyda nor 55 Oriskany are registered to do business in California, nor do either maintain any bank accounts in California.

9. 55 Oriskany maintains a website at www.meyda.com. The website is a passive website, i.e., it has no interactive features, and merely shows the products it produces with related descriptions and skew numbers. No products can be purchased directly from the website and the website does not have advertisements from other companies. 55 Oriskany does not advertise or otherwise directly solicit business in California.

10. Purchases of 55 Oriskany products can only be made in one (1) of the following four (4) ways:

    (a) wholesale sales to a reseller through a purchase order delivered by the reseller to 55 Oriskany in New York with the product being shipped directly to the reseller;

   (b) retail sales to an individual or company physically coming to the showroom in Yorkville, New York;

   (c) special ordering of products by orders directly to 55 Oriskany; or

   (d) sales to a reseller who then directs 55 Oriskany to drop ship products to a third party.

11. 55 Oriskany fulfills orders received from wholesale resellers in California, but does not specifically target any sales to California.

12. Neither Defendant Meyda nor 55 Oriskany, own, have any financial interest in, or are affiliated with the website www.meydastore.com or the owners of the domain name. The website even states prominently at the top "NOT AFFILIATED WITH MEYDA TIFFANY."

13. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: June 15, 2017

By: _____
   Robert Cohen

**EXHIBIT "A"**

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on March 10, 2011.

Daniel E. Shapiro
First Deputy Secretary of State

Rev. 06/07

F 0207230 00 508

## APPLICATION FOR AUTHORITY

## 55 ORISKANY BOULEVARD, INC.

Under Section 1304 of the Business Corporation Law

TO THE DEPARTMENT OF STATE OF THE STATE OF NEW YORK:

Application is hereby made by the Corporation above named, a foreign corporation, for authority to do business in the State of New York:

1. The name of the Corporation in the jurisdiction of its incorporation is 55 ORISKANY BOULEVARD, INC.

2. The jurisdiction of its incorporation is the State of Delaware and the date of its incorporation is July 22, 2002 under the name of 185 Clear Road, Inc.

3. The purpose of the Corporation is to engage in any lawful act or activity for which corporations may be organized under Article 13 of the Business Corporation Law, except that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained. The aforesaid business is authorized in the jurisdiction of its incorporation.

4. The office of the Corporation within the State of New York is to be located in the County of Oneida.

1

5. The Secretary of State is designated as agent of the Corporation upon whom process against it may be served. The post office address to which the Secretary of State shall mail a copy of any process against the Corporation served upon him/her is: 55 Oriskany Boulevard, Yorkville, NY 13495.

6. The Corporation has not since its incorporation engaged in any activity in this State except as set forth in Section 1301(b) of the Business Corporation Law.

Annexed is a certificate by an authorized officer of the State of Delaware that the Corporation is an existing corporation.

IN WITNESS WHEREOF, this application has been subscribed this 22d day of July, 2002 by the undersigned who affirms that the statements made herein are true under penalties of perjury.

Timothy M. Lynn, Authorized Person
Green & Seifter, Attorneys, PLLC
900 One Lincoln Center
Syracuse, NY 13202

LEC:227398.1

2

TOTAL P.05

# Delaware

PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "55 ORISKANY BOULEVARD, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-THIRD DAY OF JULY, A.D. 2002.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "55 ORISKANY BOULEVARD, INC." WAS INCORPORATED ON THE TWENTY-SECOND DAY OF JULY, A.D. 2002.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE NOT BEEN ASSESSED TO DATE.

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

3550265  8300
020468160

3

AUTHENTICATION: 1897165

DATE: 07-23-02

F020723000508

## APPLICATION FOR AUTHORITY

### OF

### 55 ORISKANY BOULEVARD, INC.

Under Section 1304 of the Business Corporation Law

# DRAWDOWN ACR-41



STATE OF NEW YORK
DEPARTMENT OF STATE
FILED  JUL 2 3 2002
TAX $ _____
BY: _____

FILED BY:
GREEN & SEIFTER
ONE LINCOLN CENTER
SYRACUSE, NY 13202

2002 JUL 23 PM 12:07
RECEIVED

4

020723000 520

# **EXHIBIT "B"**

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on November 14, 2011.

Daniel E. Shapiro
First Deputy Secretary of State

Rev. 06/07

New York State
DEPARTMENT OF STATE
CORPORATIONS AND STATE RECORDS DIVISION
162 Washington Avenue
Albany, NY 12231


C328556

CORPORATION — CERTIFICATE OF ASSUMED NAME
(Pursuant to Section 130 General Business Law)

FEES: THE FILING FEE PAYABLE TO THE SECRETARY OF STATE IS $25.00 PLUS A $25.00 FEE FOR EACH COUNTY LISTED IN WHICH BUSINESS WILL BE TRANSACTED UNDER ASSUMED NAME.

1. Corporation name ........ 55 Oriskany Boulevard, Inc. ........
2. Law corporation formed under: ☒ Business  ☐ Not-for-Profit  ☐ Education  ☐ Insurance

☐ Other (specify) ........

3. Assumed name ........ Meyda Lighting ........

4. Principal place of business in New York State
   No. and Street: 55 Oriskany Boulevard
   City: Yorkville    State: NY    Zip Code: 13495    County: Oneida

   * ☐ If none, check box and insert principal out-of-state address above..

5. Counties in which business will be conducted under assumed name.
   ☐ All counties
   ☒ If not all, circle which counties below

   Albany, Chenango, Essex, Jefferson, New York City, (Oneida), Putnam, Schuyler, Ulster
   Allegany, Clinton, Franklin, Lewis, Bronx, Onondaga, Rensselaer, Seneca, Warren
   Broome, Columbia, Fulton, Livingston, Kings, Ontario, Rockland, Steuben, Washington
   Cattaraugus, Cortland, Genesee, Madison, New York, Orange, St. Lawrence, Suffolk, Wayne
   Cayuga, Delaware, Greene, Monroe, Queens, Orleans, Saratoga, Sullivan, Westchester
   Chautauqua, Dutchess, Hamilton, Montgomery, Richmond, Oswego, Schenectady, Tioga, Wyoming
   Chemung, Erie, (Herkimer), Nassau, Niagara, Otsego, Schoharie, Tompkins, Yates

6. The addresses of each location within New York State where business is or will be conducted under assumed name — list on reverse side. If no business locations in New York State, check box ☐

Corporation officer signature ........ [signature]
Type name and office ........ Robert Cohen, President

ACKNOWLEDGMENT (Must be completed)

State of New York .................. County of Oneida .................. ss.:
On February 21 .................. 2003 before me personally came Robert Cohen
to me known, who being by me duly sworn, did depose and say that he/she is the President
of 55 Oriskany Boulevard, Inc. .................., the corporation described in the foregoing certificate, and acknowledged that he/she executed the same by order of the Board of Directors of such corporation.

GREGORY J AMOROSO
Notary Public, State of New York
02AM5024237
Qual in Oneida County
My Commission Expires 5/0/04

[signature] Notary Public

For Department of State use only
Date filed ........

Filer's name: Gregory J. Amoroso, Esq.
Filer's address: 185 Genesee Street, Suite 1400    City: Utica    State: NY    Zip Code: 13501-2194

T 339 — JULIUS BLUMBERG, INC., PUBLISHER, NYC 10013

...ses or business locations:

c328552

| 55 Oriskany Boulevard | | Main Street | |
| No. and Street | | No. and Street | |
| Yorkville | NY | Old Forge | NY |
| City | State | City | State |
| 13495 | Oneida | 13420 | Herkimer |
| Zip Code | County | Zip Code | County |

No. and Street

City   State

Zip Code   County

c328552

No. and Street

City   State

Zip Code   County

No. and Street

City   State

Zip Code   County

No. and Street

City   State

Zip Code   County

No. and Street

City   State

Zip Code   County

No. and Street

City   State

Zip Code   County

No. and Street

City   State

Zip Code   County

No. and Street

City   State

Zip Code   County

Use continuation sheet if necessary.
Do not use space below.

020723000505    04183    1  4182

NEW YORK
DEPARTMENT OF STATE
FILED MAR 12 2003
Amt of Ck/Charge $ 85
Auth #_____
Filing Fee $ 25
County Fee $ 50
Copy Fee $ 10
Refund $_____
Spec Handle S C_____
Spec Handle S F_____
By: ESM

- 2 -